William A. Nebeker, Esq., State Bar No. 04919
John H. Cline, Esq., State Bar No. 020129
**KOELLER, NEBEKER, CARLSON & HALUCK LLP**
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
Telephone:      (602) 256-0000
Facsimile:       (602) 256-2488
nebeker@knchlaw.com
john.cline@knchlaw.com
*Attorneys for Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., Shirin Chowdhury*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| GREGG BRAVERMAN, <br><br> Plaintiff, <br><br> v. <br><br> NEW HAMPSHIRE INSURANCE COMPANY; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; SHIRIN CHOWDHURY; LOWE'S HOME CENTERS, LLC, <br><br> Defendants. | No. <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)** <br> **(DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., and Shirin Chowdhury hereby give notice of the removal to this Court the state court action described below.

1.      On October 14, 2014, an action was commenced in the Superior Court of Arizona In and For the County of Maricopa, entitled <u>Gregg Braverman v. New Hampshire Insurance</u>

1

Company, Sedgwick Claims Management Services, Inc., Shirin Chowdhury, Lowe's Home Centers, LLC, case number CV2014-012593. Exhibit 1, Complaint.

2. The instant action arises from claims related to the administration of worker's compensation insurance coverage.

3. This Notice of Removal is filed within the time limits set forth in 28 U.S.C. § 1446(b).

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.

5. For purposes of determining diversity, Plaintiff, Gregg Braverman is a citizen of the State of Arizona. Exhibit 1, Complaint, ¶ 2.

6. For purposes of determining diversity, Defendant New Hampshire Insurance Company is a citizen of Pennsylvania, its state of incorporation, also having its principal place of business in New York. 28 U.S.C. § 1332(c)(1).

7. For purposes of determining diversity, Defendant Sedgwick Claims Management Services, Inc. is a citizen of Illinois, its state of incorporation, also having a principal place of business in Tennessee. 28 U.S.C. § 1332(c)(1).

8. For purposes of determining diversity, Defendant Shirin Chowdhury is a citizen of Colorado, 28 U.S.C. § 1332(a)(1).

9. For purposes of diversity, and upon information and belief, Defendant Lowe's Home Centers, LLC is a citizen of Delaware, its state of formation, also having its principal place of business in North Carolina. 28 U.S.C. § 1332(c)(1).

2

10. Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., and Shirin Chowdhury are in agreement to remove this action from state court to federal court. As written notification required for consent, defense counsel signs this notice below and hereby certifies the Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., and Shirin Chowdhury are in agreement with said removal. Defendant Lowe's Home Centers, LLC has, upon information and belief, not been served in the state court action as of the date of this Notice.

11. Complete diversity of citizenship exists between the proper parties in this action. Therefore, diversity jurisdiction is proper under 28 U.S.C. § 1332, and this action is properly removed to the United States District Court of Arizona, pursuant to 28 U.S.C. § 1441.

12. A demand for jury trial was made in state court by Plaintiff. Defendants hereby demand trial by jury on all issues in the case pursuant to Rule 38(b), Federal Rules of Civil Procedure.

13. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibits 1-8 hereto are copies of all papers filed in state court in this matter.

14. Counsel for Defendants hereby certifies, pursuant to 28 U.S.C. § 1446(a), that this Notice of Removal filed on behalf of Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., and Shirin Chowdhury is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

15. Counsel for Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., and Shirin Chowdhury hereby certifies, pursuant to L.R.Civ 3.7, that a copy of this Notice of Removal is being filed in Maricopa County Superior Court.

DATED this 21st day of November 2014.

                        **KOELLER NEBEKER**
                        **CARLSON & HALUCK, LLP**

By /s/ William A. Nebeker
   William A. Nebeker, Esq.
   John H. Cline, Esq.
*Attorneys for Defendants New Hampshire Insurance Company, Sedgwick Claims Management Services, Inc., Shirin Chowdhury*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

By: */s/ Alice Ruiz*

**COPY** of the foregoing mailed
this  21st  day of November 2014 to:

Michael Patrick Doyle, Esq.
Patrick M. Dennis, Esq.
Kevin Wein, Esq.
DOYLE RAIZNER LLP
2929 E. Camelback Rd., Suite 126
Phoenix, Arizona 85016
*Attorneys for Plaintiff*

By:  /s/  Alice Ruiz

4